UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


QUAD INT'L., INC,

      Plaintiff,

                                  Case No. 12-14722

v.                                  Hon. Lawrence P. Zatkoff


JOHN DOE,

      Defendant.

_____/


**ORDER TO SHOW CAUSE**

On October 24, 2012, Plaintiff filed this action against Defendant[1] for copyright infringement under the United States Copyright Act and state-law contributory infringement and negligence claims. Plaintiff states that venue is proper in this District under 28 U.S.C. §§ 1391(b) and 1400. *See* 28 U.S.C. § 1391(b)(1) (stating that venue is proper in a judicial district where any defendant resides or where a substantial part of the events giving rise to the claim occurred); 28 U.S.C. § 1400 (stating that civil actions arising under federal law relating to copyrights may proceed in the district where the defendant resides). Yet, from the face of Plaintiff's Complaint, the Court is unable to discern a basis as to why Plaintiff decided to pursue its claims in this District. Plaintiff alleges that Defendant "either resides in or committed copyright infringement in the State of Massachusetts," not Michigan. In fact, Plaintiff's Complaint fails to allege any connection with Michigan

---

[1] According to Plaintiff, Defendant's actual name is unknown. Defendant is known to Plaintiff only by an Internet Protocol address. Plaintiff alleges that Defendant's actual name will become known during the course of discovery.

whatsoever.

Therefore, the Court HEREBY ORDERS Plaintiff to SHOW CAUSE, in writing, within ten (10) days after entry of this order, as to whether venue in the Eastern District of Michigan is proper. Failure to comply with this order may result in the Court dismissing this case.  Plaintiff's response shall contain specific and accurate legal support, including pinpoint citations to authority relied on and shall be limited to ten pages and comply with E.D. Mich. L.R. 5.1.

IT IS SO ORDERED.

Date: November 28, 2012

S/Lawrence P. Zatkoff
HON. LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE